O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MAGANA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>TIM PEREZ, WARDEN,<br><br>　　　　Respondent. | CASE NO. ED CV 14-0477 JLS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ALFREDO MAGANA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice..

DATED: May 20, 2015

　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE